Argued June 29, remanded for resentencing July 18, 1977

STATE OF OREGON, *Respondent,*
*v.*
GEORGE FREDERICK BRUMMELL, *Appellant.*
(No. C 76-05-06827, CA 7937)
566 P2d 209

Robert C. Cannon, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Kathleen Dahlin, Certified Law Student, Salem, argued the cause for respondent. With her on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Lee, Judges.

PER CURIAM.

Remanded for resentencing. *State v. Maddox,* 29 Or App 787, 564 P2d 1372 (1977).